**Kathleen M. O'BRIEN, Plaintiff–Appellant**

v.

**HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, Defendant–Appellee.**

No. 12–30641.

United States Court of Appeals, Fifth Circuit.

March 11, 2013.

James F. Willeford, Attorney, Reagan L. Toledano, Willeford Law Firm, New Orleans, LA, for Plaintiff–Appellant.

Robert Louis Walsh, Esq., Sara C. Valentine, Esq., Jones Walker, New Orleans, LA, for Defendant–Appellee.

Before DAVIS, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Kathleen O'Brien appeals the district court's order granting Defendant–Appellee Hartford Life & Accident Insurance Company's motion for summary judgment in this action involving, *inter alia*, the denial of disability benefits under the Employee Retirement Income Security Act. After reviewing the record and briefs, we affirm for the reasons set forth by the district court in its order dated June 7, 2012.

AFFIRMED.

**Farhat KAZMI; Iqbal Kazmi, Plaintiffs–Appellants**

v.

**BAC HOME LOANS SERVICING, L.P.; Federal National Mortgage Association, Defendants–Appellees.**

No. 12–40707.

United States Court of Appeals, Fifth Circuit.

March 11, 2013.

Jack B. Peacock, Jr., Gagnon, Peacock & Shanklin, P.C., Dallas, TX, for Plaintiffs–Appellants.

Michael H. Rubin, Esq., McGlinchey Stafford, P.L.L.C., Baton Rouge, LA, Nathan Templeton Anderson, Attorney, Richard Dwayne Danner, Litigation Counsel, McGlinchey Stafford, P.L.L.C., Dallas, TX, for Defendants–Appellees.

Before JOLLY, GARZA, and OWEN, Circuit Judges.

---

* Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except un-

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**Andrea IRVIN, Plaintiff–Appellant**

v.

**SOUTHERN SNOW MANUFACTUR-
ING, INCORPORATED, Defen-
dant–Appellee.**

**No. 11–60767.**

United States Court of Appeals,
Fifth Circuit.

March 13, 2013.

der the limited circumstances set forth in Fifth Circuit Rule 47.5.4.